1:18 PM
03/23/16
Accrual Basis

# Met-tec inc.
# Profit & Loss
### February 2016

|  | Feb 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 2%10 discount | -1,179.15 |
| Income - Operations | 72,505.97 |
| **Total Income** | 71,326.82 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 3,023.88 |
| Job Costs | 2,354.80 |
| Labor Costs | 18,531.26 |
| Materials | 4,643.02 |
| Operating Supplies | 3,601.63 |
| **Total COGS** | 32,154.59 |
| **Gross Profit** | 39,172.23 |
| **Expense** | |
| Bank Charges | 718.17 |
| Insurance | 2,688.89 |
| Maintenance | 1,000.91 |
| Office Supplies | 22.10 |
| Payroll - Admin | 11,879.24 |
| Payroll - Management | 0.00 |
| Professional Fees | |
|   Legal Fees | 325.00 |
| **Total Professional Fees** | 325.00 |
| Rent | 9,500.00 |
| Tax | 4,346.60 |
| Telephone | 3,080.71 |
| Unemployment - State | 2,252.01 |
| Utilities | |
|   Gas and Electric | 178.05 |
| **Total Utilities** | 178.05 |
| **Total Expense** | 35,991.68 |
| **Net Ordinary Income** | 3,180.55 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | 7,000.00 |
| **Total Other Income** | 7,000.00 |
| **Net Other Income** | 7,000.00 |
| **Net Income** | 10,180.55 |

1:19 PM
03/23/16
Accrual Basis

# Met-tec inc.
## Sales by Customer Summary
### February 2016

|  | Feb 16 |
|---|---:|
| A&M Machining & Fabrication, Inc. | 65.00 |
| Alkab | 1,755.00 |
| Alle-Kiski Industries | 140.00 |
| Altronic, Inc. | 19,376.29 |
| ANR Water Jet Services | 2,355.00 |
| Clopay Corporation | 14,984.00 |
| Elcon Technologies, Inc | 200.00 |
| Extrude Hone | 2,570.00 |
| Glaister, Bob | 960.00 |
| Holan, Inc. | 266.00 |
| LaBarge, Inc. | 4,948.03 |
| Lionheart Enterprises | 60.00 |
| Market Central | 1,066.25 |
| NEP Supershooters | 816.01 |
| Oberg Industries | 656.00 |
| Orkis Iron Works | 280.00 |
| PHEAD - Irwin | 14,755.63 |
| PHW Inc. | 3,585.75 |
| PR2 | 775.00 |
| Strobel Machine | 315.00 |
| Tazgo Machine | 849.00 |
| Therm Coil | 168.00 |
| West Hills Fabrication & Machine | 585.00 |
| Westinghouse Ekectruc Co LLC | 975.01 |
| **TOTAL** | **72,505.97** |

1:23 PM
03/23/16

# Met-tec Inc.
## A/R Aging Summary
### As of February 29, 2016

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Advanced Controls & Distribution, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| Alkab | 1,755.00 | 0.00 | 0.00 | 0.00 | 0.01 | 1,755.01 |
| Altronic, Inc. | 18,452.46 | 0.03 | 0.00 | 0.00 | 0.00 | 18,452.49 |
| Cemline | 0.00 | 0.00 | 0.00 | 0.00 | 870.00 | 870.00 |
| Clopay Corporation | 11,897.00 | 3,087.00 | 1,144.50 | 0.00 | 0.01 | 16,128.51 |
| CMC | 0.00 | 0.00 | 0.00 | 75.00 | 513.00 | 588.00 |
| CNC | 0.00 | 445.50 | 0.00 | 0.00 | 225.01 | 670.51 |
| Comfab Inc | 0.00 | 0.00 | 0.00 | 0.00 | 275.00 | 275.00 |
| CTM Group | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| Elcon Technologies, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.02 |
| Extrude Hone | 17,340.00 | 3,850.00 | 20.02 | 0.04 | 0.00 | 21,210.06 |
| Graphic Products | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| Holan, Inc. | 266.00 | 0.00 | 0.00 | 0.00 | 0.00 | 266.00 |
| Hyde Marine | 0.00 | 1,557.00 | 0.00 | 0.00 | 120.02 | 1,677.02 |
| Jensen Machine | 0.00 | 0.00 | 0.00 | 0.00 | 36.51 | 36.51 |
| JFP Technologies | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 |
| LaBarge, Inc. | 4,948.01 | 0.02 | 0.00 | 35.00 | 0.00 | 4,983.03 |
| Lionheart Enterprises | 60.00 | 0.00 | 0.01 | 0.00 | 0.00 | 60.01 |
| Market Central | 1,066.25 | 205.80 | 0.00 | 0.00 | 300.00 | 1,572.05 |
| Mine Safety Appliances Co | 0.00 | 0.00 | 0.00 | 0.00 | 168.00 | 168.00 |
| NEP Supershooters | 816.00 | 0.01 | 0.01 | 0.00 | 0.00 | 816.02 |
| Oberg Industries | 656.00 | 656.00 | 0.00 | 0.00 | 0.04 | 1,312.04 |
| Orkis Iron Works | 280.00 | 0.00 | 0.00 | 0.01 | 0.00 | 280.01 |
| Outlaw Performance Inc | 0.00 | 0.00 | 0.00 | 0.00 | 930.00 | 930.00 |
| PHEAD-BAYSIDE | 0.00 | 0.00 | 204.70 | 0.00 | 241.10 | 445.80 |
| PHEAD - Irwin | 14,647.57 | 3,471.68 | 0.03 | 0.00 | 0.00 | 18,119.28 |
| PHW Inc. | 3,585.75 | 506.60 | 427.51 | 0.01 | 214.01 | 4,733.88 |
| PR2 | 775.00 | 400.00 | 0.00 | 0.00 | 0.00 | 1,175.00 |
| Sloan Brothers | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.01 |
| Strobel Machine | 315.00 | 0.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| T M Inc | 0.00 | 0.00 | 0.00 | 0.00 | 617.87 | 617.87 |
| Tazgo Machine | 849.00 | 0.00 | 0.00 | 0.00 | 410.00 | 1,259.00 |
| West Hills Fabrication & Machine | 585.00 | 0.00 | 0.00 | 0.00 | 0.00 | 585.00 |
| Westinghouse Ekectruc Co LLC | 975.00 | 0.01 | 0.00 | 0.01 | 0.00 | 975.02 |
| Wolfe | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.01 | 1,200.01 |
| **TOTAL** | **79,269.04** | **14,179.65** | **1,796.79** | **110.08** | **6,120.64** | **101,476.20** |

03/23/2016 01:32 7724205005  MET-TEC INC  PAGE 05/05
Case 15-23527-CMB  Doc 59-1  Filed 03/23/16  Entered 03/23/16 17:20:53  Desc
Exhibit Bank Statements and Financials  Page 4 of 18

1:24 PM
03/23/16

# Met-tec inc.
## A/P Aging Summary
As of February 29, 2016

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| #1 Cochran | 0.00 | 0.00 | 0.00 | 0.00 | 2,400.00 | 2,400.00 |
| A & M Machining and Fab | 898.00 | 0.00 | 0.00 | 0.00 | 4,120.00 | 5,018.00 |
| Alle Kiski Strong Chamber | 0.00 | 0.00 | 0.00 | 185.00 | 0.00 | 185.00 |
| Alternative Service, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 4,170.21 | 4,170.21 |
| API | 0.00 | 0.00 | 0.00 | 0.00 | 502.73 | 502.73 |
| Barr's Vending | 0.00 | 0.00 | 0.00 | 0.00 | 132.16 | 132.16 |
| Blox Finishing | 0.00 | 0.00 | 0.00 | 0.00 | 62.00 | 62.00 |
| Burns Industrial Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 297.54 | 297.54 |
| Camalloy Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 221.50 | 221.50 |
| Chocker Industries Corporation | 0.00 | 0.00 | 89.47 | 0.00 | 0.00 | 89.47 |
| Com Doc, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 343.82 | 343.82 |
| CPU Services | 0.00 | 0.00 | 0.00 | 0.00 | 590.00 | 590.00 |
| Ferguson Heating | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| Fire Fighter | 0.00 | 0.00 | 0.00 | 0.00 | 351.12 | 351.12 |
| First Pacific Funding | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 30.00 |
| Freeport Steel Co. | 0.00 | 0.00 | 0.00 | 0.00 | 12,059.90 | 12,059.90 |
| Grainger Parts | 0.00 | 0.00 | 0.00 | 0.00 | 1,968.47 | 1,968.47 |
| Grand Saw & Machine | 0.00 | 125.10 | 214.17 | 0.00 | 0.00 | 339.27 |
| Graphic Products (Vendor) | 0.00 | 0.00 | 0.00 | 0.00 | 410.00 | 410.00 |
| Greco Gas, INC. | 670.16 | 2,931.47 | 1,463.75 | 2,537.49 | 17,024.55 | 24,627.42 |
| H&W Global Industries | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| II VI Incorporated | 1,000.91 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.91 |
| JAK Petroleum | 0.00 | 0.00 | 0.00 | 0.00 | 1,286.90 | 1,286.90 |
| Keymark Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 150.00 |
| Keystone Rustproofing, Inc. | 121.51 | 381.74 | 0.00 | 6.00 | 2,241.78 | 2,751.03 |
| M. Glossor & Sons | 0.00 | 0.00 | 0.00 | 0.00 | 609.95 | 609.95 |
| Magellan Metals | 0.00 | 0.00 | 0.00 | 0.00 | 233.73 | 233.73 |
| Manufacturers' News, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 177.00 | 177.00 |
| Metco | 0.00 | 0.00 | 28.00 | 0.00 | 180.28 | 208.28 |
| Mikam CNC | 0.00 | 0.00 | 465.00 | 0.00 | 12,902.90 | 13,367.90 |
| Miller Screen & Design, Inc. | 0.00 | 650.00 | 0.00 | 0.00 | 0.00 | 650.00 |
| Pitt Ohio Express, INC. | 0.00 | 0.00 | 0.00 | 0.00 | -131.92 | -131.92 |
| pittsburgh Anodizing Company | 0.00 | 0.00 | 0.00 | 115.50 | 1,713.18 | 1,828.68 |
| PPG Industrial Coatings | 0.00 | 0.00 | 0.00 | 0.00 | 2,717.20 | 2,717.20 |
| Precision Finishes | 0.00 | 0.00 | 0.00 | 0.00 | 6,004.05 | 6,004.05 |
| Precision Grit Etching & Engraving | 0.00 | 0.00 | 0.00 | 124.05 | 133.32 | 257.37 |
| R.L. Miller, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 249.67 | 249.67 |
| Reliance Packaging & Supply Co., INC. | 0.00 | 0.00 | 0.00 | 0.00 | 624.68 | 624.68 |
| S.S.I | 0.00 | 0.00 | 0.00 | 0.00 | 169.60 | 169.60 |
| S.W. Anderson Co. | 0.00 | 0.00 | 0.00 | 0.00 | 131.25 | 131.25 |
| Sarver True Value Hardware (Vendor) | 0.00 | 0.00 | 0.00 | 0.00 | 232.40 | 232.40 |
| Shank Sanitation | 0.00 | 0.00 | 129.80 | 129.80 | 259.60 | 519.20 |
| Sign & Design | 0.00 | 0.00 | 0.00 | 450.00 | 0.00 | 450.00 |
| SPC Retail Company | 0.00 | 0.00 | 0.00 | 0.00 | 1,676.24 | 1,676.24 |
| Stanford Home Centers | 0.00 | 0.00 | 0.00 | 0.00 | 214.23 | 214.23 |
| Staples | 0.00 | 0.00 | 0.00 | 0.00 | 941.29 | 941.29 |
| Total Plastics, Accounts Receivable | 0.00 | 0.00 | 0.00 | 0.00 | 773.65 | 773.65 |
| Uline | 0.00 | 0.00 | 0.00 | 0.00 | 832.96 | 832.96 |
| Unifirst Corp | 22.10 | 31.69 | 31.25 | 29.87 | 784.12 | 899.03 |
| Unistrut Pittsburgh Service Company | 0.00 | 0.00 | 0.00 | 0.00 | 1,259.10 | 1,259.10 |
| **TOTAL** | **2,712.68** | **4,120.00** | **2,421.44** | **3,607.71** | **84,021.16** | **96,882.99** |

Page 1



Page 1
Primary Account Number: 2707
Statement Period: Jan 30, 2016 thru Feb 29, 2016

29-0

MET TEC INC
PO BOX 176
FREEPORT PA  16229-0176

 Telephone Banking
call (800) 817-8787

 First National Bank
4140 E. State Street
Hermitage, PA. 16148

 Visit us at www.fnb-online.com

For customer service or current
rates call: (800) 555-5455

### FREE SMALL BUSINESS CHECKING        707

| | | |
|---|---|---|
| Balance Last Statement 01-29-16 | 697.94 | |
| 17  Credits and Deposits | 43,866.57 | |
| 41  Debits and Withdrawals | 45,073.81 | |
| Balance This Statement 02-29-16 | -509.30 | |
| Minimum Balance | -502.51 | |
| Average Ledger Balance | 2,115.57 | |

### ACTIVITY SUMMARY

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 02-01 | DEPOSIT | | 1,800.00 | 2,497.94 |
| 02-01 | 951371 EB INTERNET XFER TO CHECKING 32123128 ON 2/01/16 AT 11:23 | 50.00 | | 2,447.94 |
| 02-01 | 025569 EB INTERNET XFER TO CHECKING 32123128 ON 2/01/16 AT 9:02 | 175.00 | | 2,272.94 |
| 02-01 | 475604 EB INTERNET XFER TO CHECKING 95059332 ON 2/01/16 AT 9:47 | 400.00 | | 1,872.94 |
| 02-01 | CHECK # 2330 | 527.00 | | 1,345.94 |
| 02-02 | DEPOSIT | | 2,300.00 | 3,645.94 |
| 02-02 | 464406 EB INTERNET XFER FROM FREE SMALL BUSIN 95059332 ON 2/02/16 AT 14:46 | | 1,100.00 | 4,745.94 |
| 02-02 | CHECK # 2338 | 2,004.97 | | 2,740.97 |
| 02-02 | CHECK # 2336 | 1,493.11 | | 1,247.86 |
| 02-02 | CHECK # 2337 | 1,233.02 | | 14.84 |
| 02-03 | DEPOSIT | | 550.00 | 564.84 |
| 02-03 | CHECK # 2334 | 523.65 | | 41.19 |
| 02-04 | DEPOSIT | | 3,000.00 | 3,041.19 |
| 02-04 | 200626 EB INTERNET XFER TO CHECKING 95059332 ON 2/04/16 AT 11:20 | 800.00 | | 2,241.19 |
| 02-04 | CHECK # 1041 | 2,000.00 | | 241.19 |
| 02-05 | DEPOSIT | | 10,300.00 | 10,541.19 |
| 02-05 | 565378 EB INTERNET XFER TO CHECKING 32123128 ON 2/05/16 AT 9:56 | 200.00 | | 10,341.19 |
| 02-05 | 563750 EB INTERNET XFER TO CHECKING 95059332 ON 2/05/16 AT 9:56 | 1,000.00 | | 9,341.19 |
| 02-05 | 500228 EB INTERNET XFER TO CHECKING 95059332 ON 2/05/16 AT 15:50 | 1,000.00 | | 8,341.19 |
| 02-08 | 411235 EB INTERNET XFER TO CHECKING 95059332 ON 2/08/16 AT 8:41 | 750.00 | | 7,591.19 |
| 02-08 | 000559 EB INTERNET XFER TO LOAN 44969350 ON 2/08/16 AT 11:00 | 750.00 | | 6,841.19 |
| 02-08 | 272234 EB INTERNET XFER TO CHECKING 95059332 ON 2/08/16 AT 11:27 | 3,500.00 | | 3,341.19 |
| 02-08 | CHECK # 2314 | 3,014.61 | | 326.58 |
| 02-10 | CHECK | 200.00 | | 126.58 |
| 02-11 | DEPOSIT | | 2,586.57 | 2,713.15 |
| 02-11 | DEPOSIT | | 3,744.00 | 6,457.15 |

**First National Bank**

Page 2
Primary Account Number: 2707
Statement Period: Jan 30, 2016 thru Feb 29, 2016

**MET TEC INC**

## ACTIVITY SUMMARY Continued for ?707

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| | | | | 3,957.15 |
| 02-11 | CHECK | 2,500.00 | | |
| 02-12 | DEPOSIT | | 6,000.00 | 9,957.15 |
| 02-12 | 159233 EB INTERNET XFER TO CHECKING 32123128 ON 2/12/16 AT 8:20 | 100.00 | | 9,857.15 |
| 02-12 | CHECK # 2348 | 1,815.31 | | 8,041.84 |
| 02-12 | CHECK # 2343 | 1,322.92 | | 6,718.92 |
| 02-12 | CHECK # 2347 | 1,224.21 | | 5,494.71 |
| 02-16 | CHECK # 2346 | 1,485.69 | | 4,009.02 |
| 02-16 | CHECK # 2345 | 1,355.55 | | 2,653.47 |
| 02-16 | CHECK # 2342 | 1,195.80 | | 1,457.67 |
| 02-16 | CHECK # 2340 | 527.00 | | 930.67 |
| 02-16 | CHECK # 2344 | 523.65 | | 407.02 |
| 02-17 | DEPOSIT | | 2,400.00 | 2,807.02 |
| 02-17 | 850242 EB INTERNET XFER FROM FREE SMALL BUSIN 95059332 ON 2/17/16 AT 11:22 | | 350.00 | 3,157.02 |
| 02-17 | CHECK # 2323 | 3,014.61 | | 142.41 |
| 02-19 | DEPOSIT | | 3,500.00 | 3,642.41 |
| 02-19 | RETURNED DEPOSIT ITEMS | 1,900.00 | | 1,742.41 |
| 02-19 | RETURN DEPOSIT/CASH ITEM FEE | 12.00 | | 1,730.41 |
| 02-22 | 932427 EB INTERNET XFER TO CHECKING 95059332 ON 2/22/16 AT 10:14 | 1,000.00 | | 730.41 |
| 02-23 | 983151 EB INTERNET XFER FROM COMPAK BUSINESS 32123128 ON 2/23/16 AT 10:09 | | 300.00 | 1,030.41 |
| 02-23 | 980112 EB INTERNET XFER TO CHECKING 95059332 ON 2/23/16 AT 10:09 | 1,000.00 | | 30.41 |
| 02-26 | DEPOSIT | | 4,261.00 | 4,291.41 |
| 02-26 | 980337 EB INTERNET XFER TO CHECKING 95059332 ON 2/26/16 AT 10:22 | 200.00 | | 4,091.41 |
| 02-26 | 987365 EB INTERNET XFER TO CHECKING 32123128 ON 2/26/16 AT 10:23 | 300.00 | | 3,791.41 |
| 02-26 | CHECK # 2352 | 1,229.03 | | 2,562.38 |
| 02-26 | CHECK # 2351 | 1,195.80 | | 1,366.58 |
| 02-29 | DEPOSIT | | 400.00 | 1,766.58 |
| 02-29 | DEPOSIT | | 1,175.00 | 2,941.58 |
| 02-29 | 197550 EB INTERNET XFER FROM FREE SMALL BUSIN 95059332 ON 2/29/16 AT 11:44 | | 100.00 | 3,041.58 |
| 02-29 | CHECK # 2354 | 1,553.69 | | 1,487.89 |
| 02-29 | CHECK # 2355 | 1,463.40 | | 24.49 |
| 02-29 | CHECK # 2349 | 527.00 | | -502.51 |
| 02-29 | NEGATIVE COLLECTED BALANCE FEE | 6.79 | | -509.30 |

## CHECKS PAID, LISTED NUMERICALLY **

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 02-11 | 0 | 2,500.00 | 02-02 | 2337 | 1,233.02 | 02-12 | 2347 | 1,224.21 |
| 02-10 | 0* | 200.00 | 02-02 | 2338* | 2,004.97 | 02-12 | 2348 | 1,815.31 |
| 02-04 | 1041* | 2,000.00 | 02-16 | 2340* | 527.00 | 02-29 | 2349* | 527.00 |
| 02-08 | 2314* | 3,014.61 | 02-16 | 2342 | 1,195.80 | 02-26 | 2351 | 1,195.80 |
| 02-17 | 2323* | 3,014.61 | 02-12 | 2343 | 1,322.92 | 02-26 | 2352* | 1,229.03 |
| 02-01 | 2330* | 527.00 | 02-16 | 2344 | 523.65 | 02-29 | 2354 | 1,553.69 |
| 02-03 | 2334* | 523.65 | 02-16 | 2345 | 1,355.55 | 02-29 | 2355 | 1,463.40 |
| 02-02 | 2336 | 1,493.11 | 02-16 | 2346 | 1,485.69 | | | |

(*) Indicates a gap in check number sequence
(**) Does not reflect posting order

FNB 5-4-1

EQUAL HOUSING LENDER, MEMBER FDIC





0  $200.00  2/10/2016    0  $2,500.00  2/11/2016    1041  $2,000.00  2/4/2016

2314  $3,014.61  2/8/2016    2323  $3,014.61  2/17/2016    2330  $527.00  2/1/2016

2334  $523.65  2/3/2016    2336  $1,493.11  2/2/2016    2337  $1,233.02  2/2/2016

2338  $2,004.97  2/2/2016    2340  $527.00  2/16/2016    2342  $1,195.80  2/16/2016

2343  $1,322.92  2/12/2016    2344  $523.65  2/16/2016    2345  $1,355.55  2/16/2016

2346  $1,485.69  2/16/2016    2347  $1,224.21  2/12/2016    2348  $1,815.31  2/12/2016

Case 15-23527-CMB    Doc 59-1    Filed 03/23/16    Entered 03/23/16 17:20:53    Desc
03/21/2016  22:29    Exhibit Bank Statements and Financials    Page 8 of 18    PAGE 04/08

/707 Page 4





2349  $527.00  2/29/2016



2351  $1,195.80  2/26/2016



2352  $1,229.03  2/26/2016



2354  $1,553.69  2/29/2016



2355  $1,463.40  2/29/2016



Page 1
Primary Account Number: 128
Statement Period: Jan 30, 2016 thru Feb 29, 2016

29-8

MET TEC INC
PO BOX 176
FREEPORT PA 16229-0176

 Telephone Banking call (800) 817-8787

 First National Bank
4140 E. State Street
Hermitage, PA. 16148

 Visit us at www.fnb-online.com

 For customer service or current rates call: (800) 555-5455

## COMPAK BUSINESS CHECKING           128

| | |
|---|---:|
| Balance Last Statement 01-29-16 | -21.33 |
| 8  Credits and Deposits | 8,781.13 |
| 12  Debits and Withdrawals | 8,808.64 |
| Balance This Statement 02-29-16 | -48.84 |
| Minimum Balance | 8.68 |
| Average Ledger Balance | 126.44 |

## ACTIVITY SUMMARY

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---:|---:|---:|
| 02-01 | 951371 EB INTERNET XFER FROM FREE SMALL BUSIN 95062707 ON 2/01/16 AT 11:23 | | 50.00 | 28.67 |
| 02-01 | 025569 EB INTERNET XFER FROM FREE SMALL BUSIN 95062707 ON 2/01/16 AT 9:02 | | 175.00 | 203.67 |
| 02-01 | MCMASTER-CARR ECHECK MCMASTE01291610 | 194.99 | | 8.68 |
| 02-05 | 565378 EB INTERNET XFER FROM FREE SMALL BUSIN 95062707 ON 2/05/16 AT 9:56 | | 200.00 | 208.68 |
| 02-05 | U. P. S. UPS BILL XXXXX0000Y8401W | 125.17 | | 83.51 |
| 02-12 | 159233 EB INTERNET XFER FROM FREE SMALL BUSIN 95062707 ON 2/12/16 AT 8:20 | | 100.00 | 183.51 |
| 02-12 | U. P. S. UPS BILL XXXXX0000Y8401W | 107.52 | | 75.99 |
| 02-18 | DEPOSIT | | 500.00 | 575.99 |
| 02-18 | MCMASTER-CARR ECHECK MCMASTE02171609 | 510.54 | | 65.45 |
| 02-19 | CLOPAY BLDG PROD 133498 XXXXX9107 | | 3,056.13 | 3,121.58 |
| 02-19 | 500484 EB INTERNET XFER TO CHECKING 95059332 ON 2/19/16 AT 8:57 | 2,500.00 | | 621.58 |
| 02-19 | U. P. S. UPS BILL XXXXX0000Y8401W | 65.85 | | 555.73 |
| 02-23 | 983151 EB INTERNET XFER TO CHECKING 95062707 ON 2/23/16 AT 10:09 | 300.00 | | 255.73 |
| 02-24 | DEPOSIT | | 4,400.00 | 4,655.73 |
| 02-24 | IRS USATAXPYMT 220645542197480 | 2,300.00 | | 2,355.73 |
| 02-24 | IRS USATAXPYMT 220645563584638 | 2,300.00 | | 55.73 |
| 02-26 | 887365 EB INTERNET XFER FROM FREE SMALL BUSIN 95062707 ON 2/26/16 AT 10:23 | | 300.00 | 355.73 |
| 02-26 | BARCLAYCARD US CREDITCARD 288703300 | 227.00 | | 128.73 |
| 02-26 | U. P. S. UPS BILL XXXXX0000Y8401W | 81.45 | | 47.28 |
| 02-29 | SERVICE CHARGE | 96.12 | | -48.84 |

FNB 5-4-1                                              EQUAL HOUSING LENDER, MEMBER FDIC

 **Citizens Bank**

1-800-862-6200
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

ROP-450
PO Box 7000
Providence RI 02940



**Commercial Account Statement**

 1 OF 6

Beginning February 01, 2016
through February 29, 2016

MET-TEC INC
DIP CHAP 11 BANKRUPTCY CASE 15-23527-CMB
OPERATING ACCOUNT
PO BOX 176
FREEPORT PA 16229-0176

---

## Commercial Checking

US759  31   1

### SUMMARY

MET-TEC INC
DIP CHAP 11 BANKRUPTCY CASE 15
OPERATING ACCOUNT
Clearly Better Business Checking
-222-2

**Balance Calculation**

| | |
|---|---|
| Previous Balance | -371.42 |
| Checks | 39,620.79 - |
| Debits | 12,053.88 - |
| Deposits & Credits | 52,102.28 + |
| Current Balance | 56.19 = |

As a Clearly Better Business Checking customer, you do not pay a monthly maintenance fee.
We appreciate your continued business.
Your next statement period will end on March 31, 2016.

Previous Balance
-371.42

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 20275 | 564.20 | 02/05 | 20307* | 2,982.56 | 02/17 |
| 20276 | 331.00 | 02/05 | 20308 | 1,114.18 | 02/12 |
| 20277 | 200.16 | 02/01 | 20309 | 647.20 | 02/09 |
| 20284* | 500.00 | 02/18 | 20310 | 1,049.94 | 02/09 |
| 20290* | 1,810.20 | 02/03 | 20311 | 1,810.20 | 02/09 |
| 20291 | 424.04 | 02/02 | 20312 | 2,000.00 | 02/10 |
| 20292 | 230.76 | 02/10 | 20313 | 151.11 | 02/17 |
| 20293 | 25.00 | 02/16 | 20314 | 1,234.00 | 02/18 |
| 20294 | 212.00 | 02/16 | 20316* | 325.00 | 02/23 |
| 20298* | 85.80 | 02/08 | 20317 | 47.68 | 02/23 |
| 20299 | 2,000.00 | 02/16 | 20318 | 2,100.00 | 02/18 |
| 20300 | 435.98 | 02/09 | 20320* | 299.96 | 02/29 |
| 20301 | 335.70 | 02/09 | 20321 | 341.66 | 02/26 |
| 20302 | 2,300.00 | 02/02 | 20322 | 1,159.00 | 02/25 |
| 20303 | 1,864.10 | 02/08 | 20324* | 156.80 | 02/26 |
| 20304 | 3,000.00 | 02/04 | 20325 | 2,500.00 | 02/26 |
| 20307* | 2,982.56 | 02/10 | 20326 | 4,400.00 | 02/24 |

Total Checks
39,620.79

### Debits

**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 02/01 | 123.89 | United Fin Cas Ins Prem 160201 02818306 Met T |
| 02/01 | 39.00 | Overdraft Fee ( 1 At $39 ) |
| 02/03 | 78.00 | Overdraft Fee ( 2 At $39 Each ) |
| 02/04 | 39.00 | Returned Item Fee ( 1 At $39 ) |
| 02/05 | 39.00 | Overdraft Fee ( 1 At $39 ) |

Member FDIC  Equal Housing Lender

 **Citizens Bank**    1-800-862-6200
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Commercial Account Statement**

 2 OF 6

Beginning February 01, 2016
through February 29, 2016

*Commercial Checking continued from previous page*

**Other Debits (continued)**

| Date | Amount | Description |
|---|---|---|
| 02/08 | 2,500.00 | Achivr Visb Bill Pymnt 160206 4468313 |
| 02/10 | 247.04 | Wells Fargo Loan/Lease 160210 0000001000147342 |
| 02/10 | 78.00 | Overdraft Fee ( 2 At $39 Each ) |
| 02/10 | 78.00 | Overdraft Fee ( 2 At $39 Each ) |
| 02/11 | 78.00 | Overdraft Fee ( 2 At $39 Each ) |
| 02/11 | 78.00 | Returned Item Fee ( 2 At $39 Each ) |
| 02/19 | 178.05 | Firstenergy Opco Fe Echeck 160219 100116418557 |
| 02/19 | 125.80 | Unemp Comp Eft Padliuccon 010731 8145599 |
| 02/19 | 78.00 | Overdraft Fee ( 2 At $39 Each ) |
| 02/22 | 1,173.88 | 1st Fed Leasing 20th 160222 130318-1 |
| 02/24 | 2,126.21 | Unemp Comp Eft Padliuccon 010731 8145599 |
| 02/26 | 1,986.16 | Commwithofpa Int Paemploytx 151231 251423854 |
| 02/26 | 505.69 | Commwithofpa Int Paemploytx 160131 251423854 |
| 02/26 | 495.69 | Commwithofpa Int Paemploytx 160215 251423854 |
| 02/26 | 447.44 | Commwithofpa Int Paemploytx 151231 251423854 |
| 02/26 | 438.20 | Commwithofpa Int Paemploytx 151215 251423854 |
| 02/26 | 425.74 | Commwithofpa Int Paemploytx 160115 251423854 |
| 02/29 | 580.71 | Consolidated Firstech 160225 |
| 02/29 | 36.38 | Service Charge Cash Dep/Currency Orders  $19,550- $5,000 Free  $36.38 |
| 02/29 | 78.00 | Overdraft Fee ( 2 At $39 Each ) |

MET-TEC INC
DIP CHAP 11 BANKRUPTCY CASE 15
OPERATING ACCOUNT
Clearly Better Business Checking
C-222-2

⊖ **Total Debits**
12,053.88

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 02/01 | 1,916.10 | Deposit |
| 02/01 | 800.00 | Deposit |
| 02/03 | 956.00 | Deposit |
| 02/04 | 3,125.02 | Deposit |
| 02/04 | 1,800.00 | Deposit |
| 02/04 | 1,810.20 | Return Item |
| 02/08 | 5,905.00 | Deposit |
| 02/09 | 1,265.00 | Deposit |
| 02/10 | 800.00 | Deposit |
| 02/11 | 2,475.00 | Deposit |
| 02/11 | 2,000.00 | Deposit |
| 02/11 | 1,400.00 | Deposit |
| 02/11 | 100.00 | Deposit |
| 02/11 | 2,982.56 | Return Item |
| 02/11 | 2,000.00 | Return Item |
| 02/16 | 4,156.88 | Deposit |
| 02/18 | 6,821.52 | Deposit |
| 02/22 | 6,345.00 | Deposit |
| 02/24 | 5,172.00 | Deposit |
| 02/29 | 772.00 | Deposit |
| 02/29 | 500.00 | Deposit |

⊕ **Total Deposits & Credits**
52,102.28

⊜ **Current Balance**
56.19

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/01 | 1,981.63 | 02/10 | -5,287.87 | 02/22 | 9,962.51 |
| 02/02 | -742.41 | 02/11 | 5,513.69 | 02/23 | 9,589.83 |
| 02/03 | -1,674.61 | 02/12 | 4,399.51 | 02/24 | 8,235.62 |
| 02/04 | 2,021.61 | 02/16 | 6,531.39 | 02/25 | 5,090.46 |
| 02/05 | 1,087.41 | 02/17 | 3,185.72 | 02/26 | -220.76 |
| 02/08 | 2,542.51 | 02/18 | 5,173.24 | 02/29 | 56.19 |
| 02/09 | -471.51 | 02/19 | 4,791.39 | | |

Member FDIC  Equal Housing Lender

03/21/2016  22:25   [fax number]   MET-TEC INC   PAGE  04/07

 Citizens Bank

1-800-862-6200
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

Commercial Account Statement

③ OF 6

Beginning February 01, 2016
through February 29, 2016



Images for account 630486-222-2

| Check # | Date | Amount |
|---|---|---|
| 20275 | 02/05/2016 | $564.20 |
| 20276 | 02/05/2016 | $331.00 |
| 20277 | 02/01/2016 | $200.16 |
| 20284 | 02/18/2016 | $500.00 |
| 20291 | 02/02/2016 | $424.04 |
| 20292 | 02/10/2016 | $230.76 |
| 20293 | 02/16/2016 | $25.00 |
| 20294 | 02/17/2016 | $212.00 |
| 20298 | 02/08/2016 | $85.80 |
| 20299 | 02/18/2016 | $2000.00 |

Member FDIC  Equal Housing Lender



## Citizens Bank

1-800-862-6200
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Commercial Account Statement**

 of 6

Beginning February 01, 2016
through February 29, 2016

Images Continued for account 630486-222-2



| Check # | Date | Amount |
|---|---|---|
| 20300 | 02/09/2016 | $435.98 |
| 20301 | 02/09/2016 | $335.70 |
| 20302 | 02/02/2016 | $2300.00 |
| 20303 | 02/08/2016 | $1864.10 |
| 20304 | 02/04/2016 | $3000.00 |
| 20307 | 02/17/2016 | $2982.56 |
| 20308 | 02/12/2016 | $1114.18 |
| 20309 | 02/09/2016 | $647.20 |
| 20310 | 02/09/2016 | $1049.94 |
| 20311 | 02/09/2016 | $1810.20 |

Member FDIC  Equal Housing Lender


## Citizens Bank

1-800-862-6200
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Commercial Account Statement**

 5 of 6

Beginning February 01, 2016
through February 29, 2016

Images Continued for account 630486-222-2



| Check # | Date | Amount |
|---|---|---|
| 20313 | 02/17/2016 | $151.11 |
| 20314 | 02/18/2016 | $1234.00 |
| 20316 | 02/23/2016 | $325.00 |
| 20317 | 02/23/2016 | $47.68 |
| 20318 | 02/18/2016 | $2100.00 |
| 20320 | 02/29/2016 | $299.96 |
| 20321 | 02/26/2016 | $341.66 |
| 20322 | 02/25/2016 | $1159.00 |
| 20324 | 02/26/2016 | $156.80 |
| 20325 | 02/26/2016 | $2500.00 |

Member FDIC  Equal Housing Lender

 **Citizens Bank**

**1-800-862-6200**
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Commercial Account Statement**

 6  OF  6

Beginning February 01, 2016
through February 29, 2016

Images Continued for account 630486-222-2



| 20326 | 02/24/2016 | $4400.00 |

Member FDIC  Equal Housing Lender



First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400
**Address Service Requested**

Page 1
Statement Date:
02/29/2016
71  Y  XXXXXXXXXXXX0193
MAE9474



#BWNMCMC
00002238 MFCBI153860301161431 01 000000000
Met Tec Inc
Jemter Inc
Rte 356 S
PO Box 176
Freeport PA 16229

**Customer Service Information**

Personal Service: 1-800-711-BANK (2265)
Monday - Friday 7:00 a.m. - 10:00 p.m.
Saturday - Sunday 8:00 a.m. - 6:00 p.m.
Automated Service: 24 hours, 7 days
Main Office:
First Commonwealth, PO Box 400,
Indiana, PA 15701-0400

Visit Us at www.fcbanking.com for
Online Banking and Bill Payment.

Visit Us On Facebook: First Commonwealth Bank

Tired of getting this statement in the mail every month? It's time to go paperless. Sign up for eStatements and you'll receive monthly emails when your statement is available online. Enroll today under the eNotices tab in Online Banking.

**Summary of Bank Accounts**

| Account # | Account Type | Ending Balance |
|---|---|---|
| XXXXXXXXXXXX0193 | Free Business Checking | 39.79 |

### CHECKING ACCOUNTS

Account Holder: Met Tec Inc
                Jemter Inc

| Free Business Checking | | | |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX0193 | Statement Dates | 2/01/16 thru 2/29/16 |
| Beginning Balance | 678.03 | Days in the statement period | 29 |
| 18 Deposits/Credits | 14,736.76 | Average Daily Balance | 187.14 |
| 12 Checks/Debits | 15,375.00 | Average Collected | 187.14 |
| Total Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 39.79 | | |

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $35.00 |



00002238-0067219-0001-0004-MFCBI153860301161431-05-L

# First Commonwealth

Page 3



**Free Business Checking**  XXXXXXXXXXXX0193  (Continued)

Activity in Date Order

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 2/01 | PARKER MET-TEC, INC. | EDI/ACH | | 198.00 | 876.03 |
| 2/01 | withdrawal | | 800.00- | | 76.03 |
| 2/03 | PARKER MET-TEC, INC. | EDI/ACH | | 57.98 | 134.01 |
| 2/04 | PARKER MET-TEC, INC. | EDI/ACH | | 119.96 | 253.97 |
| 2/04 | withdrawal | | 250.00- | | 3.97 |
| 2/05 | PARKER MET-TEC, INC. | EDI/ACH | | 7.35 | 11.32 |
| 2/08 | PARKER MET-TEC, INC. | EDI/ACH | | 2,368.26 | 2,379.58 |
| 2/08 | withdrawal | | 2,200.00- | | 179.58 |
| 2/09 | withdrawal | | 175.00- | | 4.58 |
| 2/10 | PARKER MET-TEC, INC. | EDI/ACH | | 1,412.22 | 1,416.80 |
| 2/10 | withdrawal | | 1,400.00- | | 16.80 |
| 2/11 | PARKER MET-TEC, INC. | EDI/ACH | | 15.92 | 32.72 |
| 2/12 | PARKER MET-TEC, INC. | EDI/ACH | | 1,303.98 | 1,336.70 |
| 2/12 | withdrawal | | 1,300.00- | | 36.70 |
| 2/16 | PARKER MET-TEC, INC. | EDI/ACH | | 746.26 | 782.96 |
| 2/17 | PARKER MET-TEC, INC. | EDI/ACH | | 109.95 | 892.91 |
| 2/17 | withdrawal | | 650.00- | | 242.91 |
| 2/18 | PARKER MET-TEC, INC. | EDI/ACH | | 18.49 | 261.40 |
| 2/19 | PARKER MET-TEC, INC. | EDI/ACH | | 1,611.87 | 1,873.27 |
| 2/19 | withdrawal | | 1,800.00- | | 73.27 |
| 2/22 | PARKER MET-TEC, INC. | EDI/ACH | | 2,603.42 | 2,676.69 |
| 2/23 | PARKER MET-TEC, INC. | EDI/ACH | | 241.08 | 2,917.77 |



00002238-0087220-0003-0004-MFCBI153860301161431-05-L

**First Commonwealth**

Page 4

Free Business Checking    xxxxxxxxxxxx0193    (Continued)

Activity in Date Order

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | | | | | 117.77 |
| 2/23 | withdrawal | | 2,800.00- | | |
| 2/24 | PARKER MET-TEC, INC. | EDI/ACH | | 2,485.08 | 2,602.85 |
| 2/24 | withdrawal | | 2,600.00- | | 2.85 |
| 2/25 | PARKER MET-TEC, INC. | EDI/ACH | | 271.66 | 274.51 |
| 2/26 | PARKER MET-TEC, INC. | EDI/ACH | | 160.20 | 434.71 |
| 2/26 | withdrawal | | 400.00- | | 34.71 |
| 2/29 | PARKER MET-TEC, INC. | EDI/ACH | | 1,005.08 | 1,039.79 |
| 2/29 | withdrawal | | 1,000.00- | | 39.79 |

### Get More from Your Bank



**Mobile business solutions.**

Running a business requires a lot of blood, sweat, and...bills. That's why we want to make sure you are equipped to manage those bills right from your phone with our newly-released bill payment option.

If you haven't already, enroll in BillPay by giving us a call. Upon your next log in to your mobile app after enrollment, just look for the "Pay a Bill" option on the left menu.

### Get More from Your Bank



**You can't put a price on friendship.**
**But $500[1] is a good start.**

You can earn up to $500[1] per calendar year for referring friends for personal or business checking accounts. Check out fcbanking.com/referafriend for details.

[1] Terms and Conditions apply which will be explained at account opening.